The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES L. GOAD JR.,<br><br>Defendant. | NO. CR 22-022 RSM<br><br>ORDER TO AMEND JUDGMENT AND STRIKE RESTITUTION HEARING |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, finds entry of the requested Amended Judgment and Restitution Order appropriate in this case.

IT IS ORDERED that the Amended Judgment shall be entered.

//
//
//
//
//
//
//

Order to Amend Judgment and Strike Restitution Hearing - 1
*United States v. GOAD JR.* / CR 22-022 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the restitution hearing set for August 17, 2023 is STRICKEN.

DATED this 9th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Elyne Vaught*
ELYNE M. VAUGHT
Assistant United States Attorney

Order to Amend Judgment and Strike Restitution Hearing - 2
*United States v. GOAD JR.* / CR 22-022 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970